UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| Case No. | LA CV15-04314 JAK (MRWx) | Date | September 21, 2015 |
|---|---|---|---|
| Title | Orley Melamed v. JPMorgan Chase Bank, N.A., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Koni Chong |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Chad J. Brandel |

**Proceedings:**      **DEFENDANTS' MOTION TO DISMISS THE COMPLAINT (DKT. 11)**

**PLAINTIFF'S MOTION TO REMAND REMOVED ACTION (DKT. 13)**

**ORDER TO SHOW CAUSE WHY SANCTIONS IN THE AMOUNT OF $50 SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO APPEAR AT THE AUGUST 31, 2015 SCHEDULING CONFERENCE**

The show cause hearing is held. There is no appearance by or on behalf of Plaintiff. The Court imposes sanctions in the amount of $50, to be paid by Plaintiff by October 1, 2015. In light of Plaintiff's failure to appear today, failure to respond to Defendants' Motion to Dismiss ("Defendants' Motion"), and failure to follow the Court's Orders, the Court issues a Second Order to Show Cause Why Sanctions in the Amount of $50 Should Not Be Imposed for Plaintiff's Failure to Appear and Comply with the Court's Orders. On or before September 30, 2015, Plaintiff shall file a declaration under penalty of perjury as to the reason for the failure to appear and failure to follow the Court's Orders.

The Court states its tentative views that it is inclined to grant Plaintiff's Motion to Remand the Removed Action ("Plaintiff's Motion") which would moot Defendants' Motion. Defense counsel reports that he has been unsuccessful in his attempts at contacting Plaintiff. The Court orders Plaintiff to file a statement no later than September 30, 2015, which shall address Defendants' contention that the named trustee Defendants, Quality Loan Service Corporation ("Quality") and California Reconveyance Company ("CRC") are merely nominal parties with non-monetary status in this action. Plaintiff's statement shall explain the nature of Plaintiff's claims asserted against Quality and CRC in greater specificity than that alleged in the Complaint. Plaintiff's statement is not to exceed five (5) pages, must be signed by Plaintiff, and is subject to Rule 11 and thus must be made in good faith. Upon receiving that filing, Defendants may respond by no later than October 7, 2015. Defendant's response shall not exceed five (5) pages.

The Court takes Plaintiff's Motion and Defendants' Motion UNDER SUBMISSION and will issue its final ruling upon review of the parties' submissions. If Plaintiff alleges a sufficient basis for the assertion of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV15-04314 JAK (MRWx) | Date | September 21, 2015 |
|---|---|---|---|
| Title | Orley Melamed v. JPMorgan Chase Bank, N.A., et al. | | |

affirmative claims against Quality and CRC, the Court is inclined to grant Plaintiff's Motion and remand the action to the Superior Court. That order will be without prejudice to Defendants' ability to establish in Superior Court that there is no basis for liability against Quality and CRC, and remove the action accordingly. If Plaintiff fails to allege a sufficient basis for the assertion of affirmative claims against Quality or CRC, or if Plaintiff fails to respond, the Court is inclined to deny Plaintiff's Motion and will then address the merits of Defendants' Motion to Dismiss.

**IT IS SO ORDERED.**

|  | : | 13 |
|---|---|---|
| Initials of Preparer | ak | |